IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KLLM TRANSPORT SERVICES LLC,**
**d/b/a KLLM LOGISTIC SERVICES,**
**individually, and as assignee of McLane**
**Company, Inc. d/b/a McLane Foodservice**                    **PLAINTIFF**

v.                    Case No. 4:24-cv-00294 KGB

**SAFE TRANSPORT INC.**                                        **DEFENDANT**

### DEFAULT JUDGMENT

At the Court's request, KLLM Transport Services, LLC d/b/a KLLM Logistics Services, individually ("KLLM"), and as assignee of McLane Company, Inc. d/b/a McLane Foodservice ("McLane") (collectively "Plaintiff") responded to the Court's Order on the motion for default judgment requesting further briefing from Plaintiff on damages (Dkt. No. 14). Pursuant to the Order entered in this matter on September 8, 2025, it is considered, ordered, and adjudged that judgment is entered in favor of Plaintiff and against defendant Safe Transport, Inc. in the amount of $35,691.54, consisting of the principal amount of $26,625.85; accrued and unpaid interest in the amount of $8,054.60 for the period April 18, 2022, to date, based on interest that accrued on the principal amount at the rate of $5.84 per day; and $1,011.09 in expenses (Dkt. No. 14, at 4). Pursuant to 28 U.S.C. § 1961, Safe Transport, Inc. is ordered to pay post judgment interest at a rate of 3.53% per year until judgment is paid in full.

So ordered this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge